**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Sammy Cowan, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-001335

---

## ON WRIT OF CERTIORARI

---

Appeal from Anderson County
Alexander S. Macaulay, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2018-MO-003
Submitted January 16, 2018 – Filed January 31, 2018

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Kathrine H. Hudgins, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General Lindsey A. McCallister, both of Columbia, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the post-conviction relief (PCR) court's dismissal of Petitioner Sammy Cowan's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**